IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN K. WALTON,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL MYERS, Director, Official Capacity; WEST, Captain, Official Capacity; DOOLEY, Officer, Official Capacity; SHARMAN, Officer, Official Capacity; "RED," Medication Nurse; SULLIVAN, LT; and MOSS, SGT,<br><br>        Defendants. | **8:20CV239**<br><br>**ORDER** |

    Plaintiff filed his Complaint in this matter on June 19, 2020, while he was incarcerated. The court granted him leave to proceed in forma pauperis on June 29, 2020, also while he was incarcerated. Plaintiff filed a change of address on November 25, 2020, indicating that he is no longer incarcerated. (*See* Filing No. 16-2.)

    Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $400.00 filing and administrative fees.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $400.00 filing and administrative fees within 30 days. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

2. The Clerk of the Court is directed to send to Plaintiff at his updated address the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3. The Clerk of the Court is directed to set a pro se case management deadline with the following text: December 30, 2020: deadline for Plaintiff to file new IFP application or pay filing fee.

4. The Clerk of the Court is directed to correct Plaintiff's address on the docket sheet to the address stated in his change-of-address notification to the court in Filing 16.

DATED this 30th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge