IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN K. WALTON,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL MYERS, Director, Official Capacity; WEST, Captain, Official Capacity; DOOLEY, Officer, Official Capacity; SHARMAN, Officer, Official Capacity; "RED", Medication Nurse; SULLIVAN, LT; and MOSS, SGT;<br><br>        Defendants. | 8:20CV239<br><br>**ORDER** |
| JOHN K. WALTON,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL MYERS, Director; WEST, Captain; BENES, Sgt; and MCNEIL, Co II;<br><br>        Defendants. | 8:20CV249<br><br>**ORDER** |

Plaintiff, who advised he is no longer incarcerated, filed a Motion for Leave to Proceed in Forma Pauperis. Upon review of Plaintiff's motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis as a non-prisoner.

IT IS THEREFORE ORDERED that:

1. Plaintiff is granted leave to proceed in forma pauperis as a non-prisoner. Filing 19 in 8:20CV239 and Filing 20 in 8:20CV249 are granted.

2. The clerk of the court is directed to update the court's records to reflect Plaintiff is no longer liable for the remaining balance of the filing fee.

Dated this 22nd day of December, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge